[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Dahlgren v. Brown Farm Properties, L.L.C.,* Slip Opinion No. 2016-Ohio-5818.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-5818

DAHLGREN ET AL., APPELLANTS, *v.* BROWN FARM PROPERTIES, L.L.C., ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Dahlgren v. Brown Farm Properties, L.L.C.,* Slip Opinion No. 2016-Ohio-5818.]

*Court of appeals' judgment reversed on the authority of* Corban v. Chesapeake Exploration, L.L.C., *and* Walker v. Shondrick-Nau.

(No. 2014-1655—Submitted August 31, 2016—Decided September 15, 2016.)

APPEAL from the Court of Appeals for Carroll County,

No. 13 CA 896, 2014-Ohio-4001.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, ___ Ohio St.3d ___, 2016-Ohio-5796, ___ N.E.3d ___, and *Walker v. Shondrick-Nau*, ___ Ohio St.3d ___, 2016-Ohio-5793, ___ N.E.3d ___.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

————————————

Johnson & Johnson Law Offices and Eric C. Johnson, for appellants Ronald Dahlgren, Elsa Lyle, Helen Dahlgren, Martha Dahlgren, Cynthia Crowder, Daniel Dahlgren, Charles Dahlgren, and Diane Pullins.

Jackson Kelly, P.L.L.C., Clay K. Keller, and J. Alex Quay, for appellant Chesapeake Exploration, L.L.C.

Winkhart, Rambacher & Griffin, John J. Rambacher, and Michael J. Kahlenberg, for appellee Brown Farm Properties, L.L.C.

Childers and Smith, L.L.P., and Sean R. H. Smith, for appellee Brian Wagner.

Cox, Horning, & McGrath, L.L.C., and J. David Horning, for appellee Thomas Beadnell.

————————————